JOHN JACKMAN, Appellant, v. THE CITY OF NEW YORK, Respondent.

*Jackman* v. *City of New York,* 140 App. Div. 909, affirmed.
(Argued January 11, 1911; decided January 27, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 27, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the trial court and upon a verdict in its favor upon its counterclaim, and also affirming an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*L. Laflin Kellogg* and *Franklin Nevius* for appellant.

*Archibald R. Watson,* Corporation Counsel (*Terence Farley* and *Theodore Connoly* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.